**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JENEA LUCAS,

                Plaintiff,                  24 **CIVIL** 898 (AEK)

      -v-                                    **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 8, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision solely pertaining to whether Plaintiff was disabled prior to April 21, 2022.

**Dated:**  New York, New York
           July 8, 2024

                                                     **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                              **BY:**    *K. Mango*

                                                        **Deputy Clerk**